IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL CAMPOS-MENDOZA,  No. 2:02-cr-0553-MCE-PAN-P
                        No. 2:05-cv-1128-MCE-PAN-P
    Petitioner,

  v.  ORDER

UNITED STATES OF AMERICA,

    Respondent.
_____/

    Movant, a federal prisoner proceeding pro se, has filed a Petition for Writ of Error Audita Querela attacking his criminal judgment. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On March 20, 2006, the magistrate judge filed Findings and Recommendations herein which were served on movant and which contained notice to movant that any objections to the Findings and Recommendations were to be filed within fourteen (14) days.

1

Movant has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the analysis. Accordingly, IT IS HEREBY ORDERED that:

The Findings and Recommendations filed March 20, 2006, are adopted in full;

1. Petitioner's June 3, 2005 Petition for a Writ of Audita Querela is summarily dismissed; and

2. The Clerk of the Court is directed to close the companion civil case 2:05-cv-1128-MCE-PAN-P.

DATED: April 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE