IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                   No. CR S-02-0553 MCE DAD P

    vs.

MANUEL CAMPOS-MENDOZA,

      Petitioner.                  <u>ORDER</u>

/

        Petitioner is a federal prisoner who, on November 18, 2003, entered a plea of guilty to one count of being a deported alien found in the United States in violation of 18 U.S.C. § 1326. On May 4, 2004, he was sentenced to imprisonment of 77 months to be served concurrent to any sentence he was then serving. Two counts of illegal entry by an alien in violation of 18 U.S.C. § 1325 were dismissed. Judgment was entered on May 24, 2004, and the conviction became final on June 8, 2004. <u>See</u> Fed. R. App. P. 4(b)(1)(A)(i). Before the court is petitioner's "Ex Parte Application to Dismiss Outstanding Citations, Warrants, Information, Charges, Complaints and Fines or Detainer, Trespasses." The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 29, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any

1

1  objections to the findings and recommendations were to be filed within twenty days.  Petitioner
2  has not filed objections to the findings and recommendations.
3        The court has reviewed the file and finds the findings and recommendations to be
4  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
5  ORDERED that:
6        1. The findings and recommendations filed August 29, 2006, are adopted in full;
7        2. Petitioner's Ex Parte Application to Dismiss Outstanding Citations, Warrants,
8  Information, Charges, Complaints and Fines or Detainer, Trespasses is summarily dismissed; and
9        3. The Clerk of the Court is directed to close the companion civil case No. CIV
10 S-06-1249 MCE.
11 DATED: October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

/camp0553.800

2